**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JAY SANDERS, | : | No. 68 EM 2017 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition of Writ of Mandamus and/or Extraordinary Relief is **DENIED**.